a

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN EDOS STAR #A074-886-558, Plaintiff | CIVIL DOCKET NO. 1:23-CV-00972 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DO CAMPBELL ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Pro se Plaintiff John Edos Star ("Star") filed a civil rights Complaint under 42 U.S.C. § 1983.  ECF No. 1.   He was ordered to pay the filing fee or apply for leave to proceed in forma pauperis by August 25, 2023.  ECF No. 5.  And after failing to apprise the Court of a change in his mailing address, the Court resubmitted forms to Star.  ECF No. 8.  To date, Star has failed to comply with the Court's Order or request an extension of time within which to do so.

Accordingly, IT IS HEREBY ORDERED that the Complaint (ECF No. 1) is STRICKEN from the record.

SIGNED on Monday, November 20, 2023.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1